# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: |
| vs. ) | 0971 4:18CR00303-001 HSG |
| ) | |
| MARQUES ROMALE MCCUTCHEON ) | |
| ) | |

### [PROPOSED] ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE COURT, and good cause appearing, it is hereby ordered that the judgment and sentence originally set for 1/16/2019, be continued until 2/25/2019 at 2 p.m., in the Oakland venue.

Date: _____1/7/2019_____

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge